Arlean Lee
2625 SW 133rd Avenue
Miramar FL 33027-3882


Band & Co
1555 N. Rivercenter Drive
Suite 302
Milwaukee, WI 53212


BMM Capital LLC
200 E 94th St, Apt PH5
New York City, NY 10128


Brennan Opportunities Fund I LP
1 Sea Breeze Court
Napa, CA 94559


CEDE & CO (Fast Account)
PO Box 20
Bowling Green Station
New York, NY 10004


Convertible Unsecured Notes Trustee
U.S. Bank National Association
Attention: Corporate Trust
One Federal Street, 10th Floor
Boston, MA 2110


Counsel to the Senior Secured Notes Trustee
K&L Gates LLP
Andy Skouvakis, Scott E. Waxman
Stacey E. Roberts
600 N. King Street, Suite 901
Wilmington, DE 19801


Counsel to the Supporting Convertible Unsecured Noteholders
Stroock & Stroock & Lavan LLP
Brett Lawrence, Esq.
Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

Counsel to the Supporting Senior Secured Noteholders
Faegre Drinker Biddle & Reath LLP
James H. Millar, Esq.
Laura E. Appleby, Esq.
1177 Avenue of the Americas, 41st Floor
New York, NY 10036


Counsel to the Supporting Senior Secured Noteholders
Faegre Drinker Biddle & Reath LLP
Brett D. Fallon
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801


Counsel to theConvertible Unsecured Notes Trustee
Foley & Lardner LLP
Richard J. Bernard, Esq.
90 Park Avenue
New York, NY 10016


Covington & Burling LLP
Jason Raofield
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956


David Haring
10048 Cielo Drive
Beverly Hills, CA 90210


David Haring
East Lyford Lane 7776
Nassau, Bahamas,


David Sasso
4320 NE 16th Avenue
Oakland Park, FL 33334

Evermore Global Value Fund
89 Summit Avenue
3rd Floor
Summit, NJ 07901


FFI Holdings PLC
15 Conduit Street
London, England, W1S 2XJ,


Film Finances, Inc.
9000 Sunset Boulevard, Suite 1400
Los Angeles, CA 90069


First National Bank
1835 N. Valley Mills Dr.
Waco, TX 76710-2662


Gary Arnold
19030 Skyridge Circle
Boca Raton, FL 33498-6223


Gerald Hellerman
5431 NW 21st Avenue
Boca Raton, FL 33496-3446


Harvey Werblowsky
Emergent Capital, Inc.
1200 North Federal Hwy
Suite 200
Boca Raton, FL 33432


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Investco 1 LLC
204 Woodhew Drive
Woodway, TX 76712

Ironsides Partners Special Situations Master Fund III L.P.
Guland House
Grand Cayman KY1-1104
Cayman Islands,


James G. Wolf
105 Flyway Drive
Kiawah Island, SC 29455


James Hua
Opal Advisors
500 108th Avenue NE
11th Floor
Bellevue, WA 98004


Joe Sarachek / JSARCO, LLC
c/o Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178


Jonathan B. Butler, Esq.
Ciklin Lubitz
515 N. Flagler Drive, 20th Floor
West Palm Beach, FL 33401


Joseph E. Sarachek
22 Harvest Drive
Scarsdale, NY 10583


Kerry Far Eastern Investments Limited
Commence Chambers
P.O. Box 2208
Road Town Tortola, BVI,


Matthew D. Houk
Horizon Kinetics LLC
470 Park Avenue South
New York, NY 10016

Matthew Epstein
Evermore Global
89 Summit Avenue
3rd Floor
Summit, NJ 07901


Mimesis Capital Partners LLC
Adam Kalkin
40 Quimby Lane
Bernardsville, NJ 07924


Miriam Martinez
Emergent Capital, Inc.
1200 North Federal Hwy
Suite 200
Boca Raton, FL 33432


Nelson Mullins Riley & Scarborough LLP
Steven Ellison
One North Clematis Street, Suite 500
West Palm Beach, FL 33401


New York State Nurses Association Pension Plan
P.O. Box 12430
Albany, NY 12212


NYROY* Acct # 1514
c/o Royal Bank of Canada - Portfolio Serrvices Group
Attention: Portfolio Service Group
200 Vesey Street, 14th Floor
New York, NY 10281-8098


Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street #2207
Wilmington, DE 19801


Opal Sheppard Opportunities Fund I LP
40 Lake Bellevue Drive
Suite 245
Bellevue, WA 98005

Pat Curry / PJC Investments, LLC
204 Woodhew Drive
Woodway, TX 76712


Patrick Brennan
Brennan Asset Management, LLC
1 Sea Breeze Court
Napa, CA 94559


RCK Holdings LLC
c/o Ironsides Partners LLC
100 Summer Street
Suite 2705
Boston, MA 2110


Reed Smith LLP
Casey D. Laffey, Esq.
599 Lexington Avenue
29th Floor
New York, NY 10022


Regents of the University of Michigan
5082 Wolverine Tower
3003 S. State Street
Ann Arbor, MI 48109-1287


Rob Fink
34 Wotton Road
Essex Fells, NJ 07021


Robert C. Knapp
Ironside Partners, LLC
100 Summer Street
Suite 2705
Boston, MA 02110


Roy J. Patterson
River City Management, LLC
13616 California Street

Suite 110
Omaha, NE 68154


RSM US LLP
Kesh Iyer & Kenton Thompson
300 S. Tyron Street
Suite 1500
Charlotte, NC 28202


Senior Secured Notes Trustee
Wilmington Trust, N.A., as Indenture Trustee
Attention: Capital Markets Insurance Services
300 Park Street, Suite 390
Birmingham, Michigan 48009


Sirius International Insurance Corp
Birger Jarlsgatan 57B
SE-113 96 Stockholm
Sweden,


Sirius International Insurance Corp. (publ) (a/c xx138)
Birger Jarlsgatan 57B
SE-113 96 Stockholm
Sweden,


Sirius International Insurance Corp. (publ) (a/c xx140)
Birger Jarlsgatan 57B
SE-113 96 Stockholm
Sweden,


SMT Nominees (UK) Limited Client A/C FREYCOR
1st Floor
155 Bishopsgate
London EC2M 3XU UK,


The Regents of the University of Michigan
890 Summit Avenue
Summit, NJ 07901

U.S. Securities and Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703


Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 198901