**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED REEF ALTERATIVE INVESTMENTS and | ) | Case No. 20-12602 (BLS) |
| EMERGENT CAPITAL, INC. | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| IMPERIAL PREMIUM FINANCE, LLC, | ) | Case No.: 20-12694 (BLS) |
| | ) | |
| Debtor. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Eric A. Rosen, of Fowler White Burnett, P.A., to represent Allan J. Pohl, individually, as Representative of Phyllis Pohl, and as Trustee of the Phyllis Pohl Irrevocable Trust, and Kimberly Seris in the above-referenced bankruptcy cases.

Dated:  December 16, 2020

*/s/ Jason A. Gibson*
Jason A. Gibson (DE No. 6091)
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.:  (302) 777-1111

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, the United States District Court for the Middle and Southern Districts of Florida, the United States District Court for the Eastern and Southern Districts of New York and the United States Court of Appeals for the Eleventh Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  December 16, 2020

*/s/ Eric A. Rosen*
Eric A. Rosen
Fowler White Burnett, P.A.
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401
Tel.: (561) 802-9044

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00029789. }